Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose reciprocal discipline pursuant to Supreme Court Rule 763 is allowed, and respondent Brenda Joyce Stidham, who has been disciplined in the State of Texas, is suspended from the practice of law in the State of Illinois for six months and until she is reinstated in Texas.

Respondent Brenda Joyce Stidham shall reimburse the Disciplinary Fund for any Client Protection payments arising from her conduct prior to the termination of the period of suspension.

*In re* **TUCKER**, Henry Thompson, Jr. (MR 19434)
Richmond, VA

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose reciprocal discipline pursuant to Supreme Court Rule 763 is allowed, and respondent Henry Thompson Tucker, Jr., who has been disciplined in the State of Virginia, is disbarred in the State of Illinois. The petition by respondent Henry Thompson Tucker, Jr., for a hearing pursuant to Supreme Court Rule 763 is denied.

*In re* **VICTOR**, Herbert (MR 19579)
Chicago, IL

660

Order of the Court:

The motion by the Administrator of the Attorney Registration and Disciplinary Commission to approve and confirm the report and recommendation of the Hearing Board is allowed, and respondent Herbert Victor is disbarred.

*In re* **XAMPLAS**, Andrew A. (MR 19617)
Skokie, IL

Order of the Court:

The motion by the Administrator of the Attorney Registration and Disciplinary Commission to approve and confirm the report and recommendation of the Hearing Board is allowed, and respondent Andrew A. Xamplas is suspended from the practice of law for one year and until further order of the Court.